IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 118-068 |
| | * | |
| BRIAN EDWARD JONES | * | |

O R D E R

On May 29, 2019, with the benefit of counsel, Defendant Brian Edward Jones pled guilty to possession with intent to distribute a controlled substance (5 grams or more of methamphetamine). He was sentenced to serve 188 months in prison. Defendant did not appeal his conviction and sentence.

On October 25, 2022, the Court received from Defendant a pro se document entitled "Motion to Rescind Every Signed Signature Either by Myself/or any Acting Agent/Agency/or Parent/Corporation, and Motion to Revocation (sic) any and all Power of Attorney Pertaining to Myself and the Defendant."[1] (Doc. 22.) He also filed a "Motion to Vacate and Set Aside all Judgments . . . ." (Doc. 23.)

---

[1] The Court notes that this motion is identical (except the case caption and name of the defendant) to a motion filed last month from a federal prisoner in the same facility, Jenkins Correctional Center in Millen, Georgia. The Court will summarily deny any future motions that are identical to this one from the same prison.

To the extent that Defendant is challenging his conviction and sentence, he has not done so properly. The motions are largely illogical and cite to no legal authority that would entitle him to the relief requested. In fact, it is difficult to discern any legally cognizable claim for relief. Also, these documents have indicia of the sovereign citizen movement, which will not be countenanced by the Court. See Procup v. Strickland, 792 F.2d 1069, 1073-74 (11th Cir. 1986) ("Federal courts have both the inherent power and the constitutional obligation to protect their jurisdiction from conduct which impairs their ability to carry out Article III functions. . . . The court has a responsibility to prevent single litigants from unnecessarily encroaching on the judicial machinery needed by others." (cited source omitted).)

Upon the foregoing, Defendant's motions of October 25, 2022 (doc. 22 & 23) are **DENIED** as manifestly without merit.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of October, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA