IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA    *
                            *
v.                          *    CR 118-068
                            *
BRIAN EDWARD JONES          *

O R D E R

For the second time in six months, Defendant Brian Edward Jones has filed a non-sensical, illogical motion for relief from his criminal conviction that, despite its 77-page length, states no valid legal authority to warrant relief. The motion, once again, smacks of the sovereign citizen movement. Upon due consideration, the Court **GRANTS** the Government's motion to dismiss Defendant's recent motion as frivolous (doc. 29) and directs the Clerk to **TERMINATE** Defendant's "Motion to Set Aside Judgment" (doc. 28).

**ORDER ENTERED** at Augusta, Georgia, this 26th day of May, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA